**Volume 7**

**Pages 1072 - 1077**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

NorthBay Healthcare Group -      )
Hospital Division, dba NorthBay)
Medical Center and VacaValley  )
Hospital,                      )
                               )
                               ) **NO.  C 17-2929 WHO**
          Plaintiff,           )
                               )
  VS.                          ) Day:    Tuesday
                               ) Date:   February 12, 2019
Blue Shield of California Life )
& Health Insurance Company;    )
California Physicians' Service,)
dba Blue Shield of California; )
and Does 1-50, inclusive,      )
                               ) San Francisco, California
          Defendants.          )
_____)

**JURY TRIAL - VOLUME 7**

**APPEARANCES**:

| | |
|---|---|
| For Plaintiff: | King & Spalding, LLP |
| | 633 West 5th Street, Suite 1700 |
| | Los Angeles, CA  90071 |
| **BY:** | **DARON L TOOCH, ESQ.** |
| | **DAVID J. TASSA, ESQ.** |
| | |
| For Defendants: | Manatt, Phelps & Phillips, LLP |
| | 11355 West Olympic Boulevard |
| | Los Angeles, CA  90064 |
| **BY:** | **GREGORY N. PIMSTONE, ESQ.** |
| | **JEFFREY J. MAURER, ESQ.** |
| | |
| | Manatt, Phelps & Phillips, LLP |
| | One Embarcadero Center, 30th Floor |
| | San Francisco, CA    94111 |
| **BY:** | **AMY B. BRIGGS, ESQ.** |
| | |
| Reported By: | Vicki Eastvold, RMR, CRR |
| | Katherine Sullivan, CSR, RMR, CRR |

| | |
|---|---|
| 1 | <u>**Tuesday - February 12, 2019**</u>                                    <u>**10:10 a.m.**</u> |
| 2 | **P R O C E E D I N G S** |
| 3 | ---oOo--- |
| 4 | **THE COURT:** So we have a verdict. Are we ready for |
| 5 | the jury? |
| 6 | **MR. PIMSTONE:** Yes. |
| 7 | **MR. TOOCH:** (Nod affirmatively.) |
| 8 | (The jury entering the courtroom.) |
| 9 | **<u>VERDICT</u>** |
| 10 | **THE COURT:** All right. Please be seated, everybody. |
| 11 | Good morning, ladies and gentlemen. I understand you've |
| 12 | arrived at a verdict, is that correct? |
| 13 | **THE FOREPERSON:** We have. |
| 14 | **THE COURT:** Ms. Davis, if you could collect the |
| 15 | verdict form. |
| 16 | (Pause.) |
| 17 | **THE COURT:** So I think I'm going to ask you to add to |
| 18 | the form whether the number that is here relates to -- and I |
| 19 | don't want anybody to say anything -- but relates to billed |
| 20 | charges or the Medicare rate. So let me just give the form |
| 21 | back here. |
| 22 | **THE FOREPERSON:** Judge, you want us to go back -- |
| 23 | **THE COURT:** Do you understand what I'm asking you to |
| 24 | do? |
| 25 | **THE FOREPERSON:** I believe we understand. And we're |

1   in agreement.
2       **THE COURT:** I am confident that that's true. But why
3   don't you all just go back into the jury room.
4       **THE FOREPERSON:** Yes.
5       **THE COURT:** If you just add that. Make sure that
6   everybody's in agreement that that's -- that everybody has a
7   common understanding --
8       **THE FOREPERSON:** Okay.
9       **THE COURT:** -- of that. That would be great.
10      **THE FOREPERSON:** See you in a moment.
11      **THE COURT:** Yes. Thank you.
12     (The jury exiting the courtroom.)
13      **THE COURT:** This won't take long.
14            (Recess taken at 10:15 a.m.)
15           (Proceedings resumed at 10:17 a.m.)
16      **THE COURT:** All right. Please be seated.
17     Then, Ms. Davis, if you'll --
18     (Pause.)
19      **THE COURT:** Ms. Davis, if you'd please read the
20   verdict into the record.
21      **THE CLERK:** In the United States District Court for
22   the Northern District of California in the matter of NorthBay
23   Healthcare Group Hospitality Division versus Blue Shield of
24   California Life and Health Insurance, case number 17-2929.
25     The verdict is: The reasonable value of the services at

**VERDICT**

issue in this case is 67 percent of total billed charges. And the verdict is dated today and signed by the presiding juror.

**THE COURT:** All right. Ladies and gentlemen of the jury, is this your verdict?

**THE FOREPERSON:** It is, Your Honor.

**THE COURT:** The verdict will be received and accepted. Do the parties wish to have the jury polled?

**MR. TOOCH:** No, Your Honor.

**MR. PIMSTONE:** No, Your Honor.

**THE COURT:** All right. So then the Court will record the verdict.

Ladies and gentlemen, before I discharge you as jurors I want to thank you again for your service in this case. There's no more sacred public trust than to be chosen as a juror to try a case, to sit in judgment on the acts and motives of one's fellow man or woman.

The law, which is my duty to declare, is relatively easily found. It's in statutes and cases. But the facts of the case of which you've been the exclusive judge are not written down anywhere, they're usually much in dispute, and they're found only after you've determined the truth from the evidence before you.

A trial by jury is of the utmost importance in our system of government. It's embedded in Article III of the Constitution and in the Sixth and Seventh Amendments. It's a

1  right that every citizen of the United States has, and it
2  stands as the keystone of our system of justice.  It's the
3  connecting link between the courts and the people.
4      You've demonstrated the willingness of the citizens within
5  the Northern Judicial District of California to make personal
6  sacrifices to ensure that the parties who appear in these
7  courts have a full and fair hearing of their disputes by their
8  peers.  And you've shown the rather amazing ability of
9  conscientious jurors to understand and respond to sometimes
10 complicated legal concepts and factual situations.  I suspect
11 that this success results from the diversity of backgrounds and
12 experiences that you brought to the jury room and from your
13 ability to listen to the viewpoints of your fellow jurors.
14     Counsel, and possibly members of the press, may wish to
15 ask you questions concerning what went on in the jury room
16 during deliberations.  You don't need to discuss your jury
17 service with the lawyers, the press, or even me.  And it may
18 well be that you decide to keep your own counsel on that.  But
19 you're under no obligation to answer questions.  If you do
20 answer questions, please respect the privacy of the views of
21 your fellow jurors and use good sense and good judgment in
22 responding.
23     I do know from my days as a trial lawyer that I was always
24 eager to hear the perspective of jurors on how I presented my
25 case.  It was really helpful to my practice.  But whether you

**VERDICT**

1  decide to speak with the lawyers or not is up to you.
2  I'm now going to discharge you from your jury service.
3  And I'll ask you to wait in the jury room for a moment so that
4  I can thank you personally.  But at this point the trial is
5  adjourned.
6  (Jurors exiting the courtroom).
7  **THE COURT:** All right.  Trial's adjourned.  Good luck
8  to you all.
9  **MR. TOOCH:** Thank you.
10  - - - -

CERTIFICATE OF REPORTER

We certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Tuesday, February 12, 2019

_W. Eastvold_
Vicki Eastvold, RMR, CRR
Official Court Reporter