| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| NORTHBAY HEALTHCARE GROUP – HOSPITAL DIVISION dba NORTHBAY MEDICAL CENTER and VACAVALLEY HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY; CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO: 3:17-CV-02929-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: The Hon. William H. Orrick, Jr.<br>Courtroom: 2<br><br>Trial: February 4, 2019 |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

1
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this Action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: August 9, 2019  MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Amy B. Briggs*
Amy B. Briggs
*Attorneys for Defendants*
BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY and CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA

Dated: August 9, 2019  KING & SPALDING

By: */s/ David J. Tassa*
DARON L. TOOCH
DAVID J. TASSA
*Attorneys for Plaintiff*
NORTHBAY HEALTHCARE GROUP – HOSPITALS DIVISION DBA NORTHBAY MEDICA CENTER AND VACAVALLEY HOSPITAL

**IT IS SO ORDERED**.

Dated: August 12, 2019

William H. Orrick
United Stated District Judge

324869808.1